ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR GARCIA,<br>　　　　Petitioner,<br>　　v.<br>LARRY SMALL, Warden,<br>　　　　Respondent. | Case No. CV 10-00855 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 25, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE